MARGARET E. McAULEY, as Administratrix of the Estate of HUGH McAULEY, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*McAuley* v. *N. Y. C. & H. R. R. R. Co.*, 112 App. Div. 906, affirmed.
(Argued February 22, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial . department, entered March 10, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by the defendant's negligence.

*Andrew J. Nellis* for appellant.

*William P. Rudd* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY and CHASE, JJ.